# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In the Interest of O.D.S., a child
_____

J.A.S.,

Appellant,

v.

A.D.S. and J.D.S.,

Appellees.

No. 2D2026-0323
_____

July 22, 2026

Appeal from the Circuit Court for Manatee County; Charles P. Sniffen, Judge.

Jonathan E. Hackworth of Hackworth Law, PA, Tampa, for Appellant.

Susan Joy Silverman, Sarasota; and B. Kyle Stalnaker of Stalnaker Law, P.A., Lakewood Ranch, for Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.